UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARY VERDONIK,

       Plaintiff,

       -against-

DANIEL GRILLO and FESTUS A. SOLESI,

       Defendants.
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 3 0 2010 ★

**BROOKLYN OFFICE**

NOT FOR PUBLICATION
ORDER

10-CV-312 (CBA)(JMA)

AMON, United States District Judge:

    This Court has received the well-reasoned Report and Recommendation of the Honorable Joan M. Azrack, United States Magistrate Judge, dated April 16, 2010, recommending that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. As no party has objected, the Court hereby adopts the Report and Recommendation of April 16, 2010 as the opinion of the Court.

    The Clerk of the Court is directed to enter judgment in accordance with this Order and close this case.

    SO ORDERED.

Dated:    Brooklyn, New York
          July _30_, 2010

s/Carol Bagley Amon

Carol Bagley Amon
United States District Judge

```
Copies mailed to:
Glenn D. McGogney, Esq. 2239 PA Route 309, 1st Floor, Orefield, PA 18069
Daniel Grillo, 845 43rd St., Apt. 3-H, Brooklyn, NY 11232
Festus A. Solesi, 146-20B Rockaway Blvd., Jamaica, NY 11434
```

